UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:12-CV-100-H

JONATHAN W. SUPLER,  
*an individual, on behalf of himself and all others similarly situated,*

      Plaintiff,

v.

COLLECTO, INC.,  
*a Massachusetts Corporation doing business as*  
EOS CCA, an Unknown Ficticious Entity

      Defendant.

**ORDER**

The court has been advised that the parties have settled all matters in controversy among them. Therefore, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated within forty-five (45) days hereof. The parties are directed to file their Stipulation of Dismissal With Prejudice on or before <u>August 1, 2013</u>.

The Clerk of Court is directed to remove this matter from the court's pretrial and trial calendars.

This 17th day of June 2013.

                                                 /s/ Malcolm J. Howard  
                                               MALCOLM J. HOWARD  
                                               Senior U.S. District Judge

At Greenville, NC