IN THE UNITED STATES DISTRICT COURT,
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO.: 4:12-cv-00100-H

| | |
|---|---|
| JONATHAN W. SUPLER, an individual; on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>COLLECTO, INC., a Massachusetts Corporation, Doing Business As EOS CCA, an Unknown Fictitious Entity; and JOHN AND JANE DOES NUMBERS 1 THROUGH 25,<br><br>        Defendants. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Jonathan W. Supler, Plaintiff, hereby stipulates to and gives notice of dismissal of the above-entitled and numbered action with prejudice as to himself and without prejudice as to the rights of the unnamed putative class members, without costs and/or attorney fees as to any party.

**IT IS SO STIPULATED** this 31st Day of July, 2013.

| | |
|---|---|
| *s/ William F. Horn* | *s/ Jonathan D. Elliot* |
| William F. Horn, Esq. | Jonathan D. Elliot, Esq. |
| LAW OFFICES OF WILLIAM F. HORN | ZELDES, NEEDLE & COOPER, PC |
| 188-01B 71st Crescent | 1000 Lafayette Blvd, Suite 500 |
| Fresh Meadows, NY 11365 | Bridgeport, CT 06604 |
| Telephone: (718) 785-0543 | Telephone: (203) 332-5727 |
| Facsimile: (866) 596-9003 | Facsimile: (203) 333-9441 |
| E-mail: bill@wfhlegal.com | E-Mail: jelliot@znclaw.com |

| | |
|---|---|
| *s/ Peter R. Shedor* | *s/ Caren D. Enloe* |
| Peter R. Shedor, Esq. | Caren D. Enloe, Esq. |
| *Attorney for Plaintiff and Local Rule 83.1 Counsel* | N.C. State Bar No. 17394 |
| SHEDOR LAW FIRM, PLLC | Of MORRIS MANNING & MARTIN, LLP |
| 401 High House Road, Suite 140 | Post Office Box 12768 |
| Cary, NC 27513 | Research Triangle Park, NC 27709 |
| E-Mail: pete@shedorlawfirm.com | Telephone: (919)806-2969 |
| Telephone: (919) 461-7017 | Facsimile: (919)806-2057 |
| Facsimile: (919) 461-7018 | cenloe@mmmlaw.com |
| State Bar No. 16050 | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

**IT IS SO ORDERED:**

Dated:

_____
HON. MALCOLM J. HOWARD
Senior Judge, United States District Court